UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 14-6165-ODW-MAN | Date | December 9, 2014 |
| Title | *MacKenzie T. Morgan v. Carolyn W. Colvin* | | |

Present: The Honorable   MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE

| Earlene Carson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**       (In Chambers)  Order

Plaintiff filed a Complaint For Judicial Review Of Decision Of Commissioner Of Social Security on August 12, 2014.  In paragraph I of its August 12, 2014 Case Management Order, the Court ordered plaintiff to promptly serve the summons and complaint on the Commissioner and to file a Proof of Service, showing compliance with the Order, within 28 days after filing the Complaint.  The Order warned plaintiff that failure to comply could result in dismissal of the case.  The Court's review of the file indicates that, to date, plaintiff has not filed a Proof of Service and 119 days have elapsed since the filing of the Complaint.

Accordingly, on or before **December 29, 2014**, plaintiff's counsel is **ORDERED TO SHOW GOOD CAUSE**, why no Proof of Service has been filed and why this case should not be dismissed for lack of diligent prosecution and failure to comply with the Court's prior Order.  In lieu of responding to this Order to Show Cause, plaintiff may file the required proof of service.

**Plaintiff is expressly cautioned that her failure to timely respond to this Order could result in a recommendation to dismiss this action for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED.**

                                                                                                      :
                                                                           Initials of Preparer   efc