**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MACKENZIE T. MORGAN, ET AL.,** | NO. 2:14-CV-06165- KS |
| **Plaintiffs,** | |
| v. | **JUDGMENT** |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: May 12, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE